# Schedule CC

Starr County, Texas

Tract: RGV-RGC-1043          Owner: Pablo A. Ramirez, Inc.          Acres: 5.650

A 5.650 acre (246,123 square feet) parcel of land out of Porciones 72 and 73, Ancient Jurisdictions of Mier, Mexico, now Starr County, Texas, and being out of a called 51.78 acre tract of land in Porcion 72, described as "TRACT I" in a Warranty Deed dated May 13, 1982 to Pablo A. Ramirez, Inc., recorded in Volume 481, Page 392 of the Deed Records of Starr County Texas, and a called 80.0124 acre tract in Porcion 73, described as "FIRST TRACT" in Cause No. CC-91-22, dated March 9, 1991 to Pablo A. Ramirez, recorded in Volume 630, Page 676 of the Official Records of Starr County Texas (O.R.S.C.T.), said 5.650 acres of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 5/8 inch iron rod found at the called southwest corner of a said called 51.78 acre tract, common to the called southeast corner of a called 22.829 acre tract of land described as "Third Tract" in a deed dated June 30, 1989 to Rodolfo Cantu, Trustee, recorded in Volume 598, Page 438, O.R.S.C.T.;

NORTH 21°41'07" EAST, with the common line of said called 51.78 and 22.829 acre tracts, a distance of 41.01 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the southeast corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,668,975.09 and E = 816,808.61. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, NORTH 21°41'07" EAST, continuing with said common line, a distance of 68.23 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the northwest corner of the herein described parcel;

2. THENCE, SOUTH 39°52'55" EAST, leaving said common line, a distance of 124.27 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." for an angle corner of the herein described parcel;

3. THENCE, SOUTH 54°45'12" EAST, a distance of 218.28 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4. THENCE, SOUTH 60°58'18" EAST, a distance of 254.97 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

5. THENCE, SOUTH 41°46'32 EAST, a distance of 143.28 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

6. THENCE, SOUTH 18°53'29" WEST, a distance of 116.07 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

7. THENCE, SOUTH 59°01'36" EAST, a distance of 35.43 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

8. THENCE, NORTH 79°20'14" EAST, a distance of 152.51 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

9. THENCE, NORTH 68°48'00" EAST, continuing with said proposed northeast right-of-way line, a distance of 727.50 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

10. THENCE, NORTH 46°34'45" EAST, a distance of 195.75 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

11. THENCE, NORTH 11°39'53" EAST, a distance of 178.50 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

12. THENCE, NORTH 85°38'29" EAST, a distance of 181.69 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

13. THENCE, NORTH 11°37'10" EAST, a distance of 378.96 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

14. THENCE, SOUTH 86°53'41" EAST, a distance of 513.00 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

15. THENCE, SOUTH 70°44'17" EAST, a distance of 473.03 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

16. THENCE, NORTH 83°45'50" EAST, a distance of 212.83 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

17. THENCE, SOUTH 79°37'02" EAST, a distance of 184.87 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said called 80.0124 acre tract and a called 18.134 acre tract of land described in a deed recorded in Volume 667, Page 485, O.R.S.C.T. for the northeast corner of the herein described parcel;

18. THENCE, SOUTH 05°53'43" EAST, with said common line, a distance of 74.95 feet to the southeast corner of the herein described parcel;

19. THENCE, NORTH 28°31'47" WEST, leaving said common line, a distance of 15.36 feet to a point for an angle corner of the herein described parcel;

20. THENCE, NORTH 79°37'02" WEST, a distance of 187.47 feet to a point for an angle corner of the herein described parcel;

21. THENCE, SOUTH 83°45'50" WEST, a distance of 217.64 feet to a point for an angle corner of the herein described parcel;

22. THENCE, NORTH 70°44'17" WEST, a distance of 478.09 feet to a point for an angle corner of the herein described parcel;

23. THENCE, NORTH 86°53'41" WEST, a distance of 452.80 feet to a point for an angle corner of the herein described parcel;

24. THENCE, SOUTH 11°37'10" WEST, a distance of 372.50 feet to a point for an angle corner of the herein described parcel;

25. THENCE, SOUTH 85°38'29" WEST, a distance of 181.73 feet to a point for an angle corner of the herein described parcel;

26. THENCE, SOUTH 11°39'53" WEST, a distance of 152.17 feet to a point for an angle corner of the herein described parcel;

27. THENCE, SOUTH 46°34'45" WEST, a distance of 226.40 feet to a point for an angle corner of the herein described parcel;

28. THENCE, SOUTH 68°48'00" WEST, a distance of 744.81 feet to a point for an angle corner of the herein described parcel;

29. THENCE, SOUTH 79°20'14" WEST, continuing with said proposed southwest right-of-way line, a distance of 180.85 feet to a point for an angle corner of the herein described parcel;

30. THENCE, NORTH 59°01'36" WEST, a distance of 106.76 feet to a point for an angle corner of the herein described parcel;

31. THENCE, NORTH 18°53'29" EAST, a distance of 129.48 feet to a point for an angle corner of the herein described parcel;

32. THENCE, NORTH 41°46'32" WEST, a distance of 98.03 feet to a point for an angle corner of the herein described parcel;

33. THENCE, NORTH 60°58'18" WEST, a distance of 248.08 feet to a point for an angle corner of the herein described parcel;

34. THENCE, NORTH 54°45'12" WEST, a distance of 229.37 feet to a point for an angle corner of the herein described parcel;

35. THENCE, NORTH 39°52'55" WEST, a distance of 99.62 feet to the **POINT OF BEGINNING** and containing 5.650 acres (246,123 square feet) of land.

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-RGC-1043
Owner: Pablo A. Ramirez, Inc.
Acres: 5.65
Starr County, Texas

# SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-RGC-1043
Owner: Pablo A. Ramirez, Inc.
Acres: 5.65
Starr County, Texas

SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-RGC-1043
Owner: Pablo A. Ramirez, Inc.
Acres: 5.65
Starr County, Texas

# Schedule EE

SCHEDULE "EE" FOR TRACT
RGV-RGC-1043

ESTATE TAKEN
FEE, EXCLUDING MINERALS

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side. The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken excepts and excludes all interests in minerals; in water rights associated with or appurtenant to the land; and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

# Schedule GG

Pablo A. Ramirez, Inc., a Texas Corporation
c/o Noel P. Benavides, Registered Agent
East Highway 83 and Bridge Street
Roma, Texas 78584
(By virtue of Warranty Deed recorded in Vol. 481, page 392, Official Records of Starr
County, Texas, and by virtue of the Judgment recorded in Vol. 630 Pg. 676, Official
Records of Starr County, Texas)