# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 7:08-CV-202 |
| | § | |
| 5.70 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TEXAS; AND PABLO A. RAMIREZ, INC., ET AL., | § | |
| | § | |
| Defendant. | § | |

## UNITED STATES' RESPONSE TO THE DISTRICT COURT'S ORDER FOR A CASE STATUS UPDATE

**COMES NOW** the United States of America (hereinafter "United States"), in response to the District Court's Order dated October 26, 2018, and informs the Court on the status of this case:

On January 19, 2018, the undersigned Assistant United States Attorney and United States Customs and Border Protection visited the property acquired by the United States in this condemnation action in an effort to reengage in settlement negotiations. A few months later, the United States determined Defendant's property would likely be impacted by future acquisitions given the additional funds appropriated by Congress for border security infrastructure in Starr County, Texas, for fiscal year 2018.

Defense counsel has a pending Motion to Withdraw,[1] and therefore settlement negotiations have stalled. Once the Court rules on the Motion to Withdraw, Defendant obtains new counsel, and the new fiscal year 2018 acquisitions are identified, the parties would need a scheduling order.

---

[1] Dkt. No. 22.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 7, 2018, a copy of the foregoing status update has been electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney