# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:08-CV-202 |
| | § | |
| 5.70 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATED IN STARR COUNTY, | § | |
| TEXAS; AND PABLO A. RAMIREZ, INC., | § | |
| ET AL., | § | |
| *Defendants.* | § | |

## UNITED STATES OF AMERICA'S BRIEF ON JUST COMPENSATION

**TO THE HONORABLE COURT:**

On June 30, 2008, the United States of America filed a Declaration of Taking condemning 5.65 acres, identified as Tract RGV-RGC-1043, from a 144.380 acre parcel of real property owned by Pablo A. Ramirez, Inc. in Starr County, Texas, to construct and operate border security infrastructure.[1] Pursuant to the Court's Order dated August 8, 2019[2], the United States of America ("United States") files this individual briefing on just compensation.

### I. Estimate of Just Compensation

1. The United States estimated just compensation for Tract RGV-RGC-1043 at $25,000.00[3] and deposited this amount with the Registry of the Court[4].

2. The 144.380 acre parent tract is almost entirely within the flood plain. Acquired Tract RGV-RGC-1043 runs horizontal from west to east across the parent tract and is approximately 60 feet wide by 3,065 feet long, for a total of 5.650 acres. The acquisition

---

[1] *See* Dkt. Nos. 2 and 17.
[2] Dkt. No. 38.
[3] Dkt. No. 17, Schedule FF.
[4] *See* Dkt. Nos. 4 and 31.

of Tract RGV-RGC-1043 severed 22.173 acres of brush that now lie between Tract RGV-RGC-1043 and the Rio Grande River (the severed 22.173 acres is also referred to as a "riverside remainder").



3. The United States did not obtain a formal appraisal when estimating the just compensation for Tract RGV-RGC-1043, but instead the United States Army Corps of Engineers reviewed comparable sales of similarly situated property to the parent tract to determine an estimate of just compensation of $25,000.00.

## II. Settlement Negotiations

4. The United States rejected Defendant's counteroffer of $305,419, and made a second offer that is still awaiting a response by Defendant.

5. The United States has settlement authority in this case.

6. If settlement negotiations prove unsuccessful, a scheduling order that includes time for the discovery process will be needed to obtain a formal appraisal.

        Respectfully submitted,

        **RYAN K. PATRICK**
        United States Attorney
        Southern District of Texas

By:   *s/ Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney
        Southern District of Texas No. 3135118
        Florida Bar No. 0105888
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone:  (956) 618-8010
        Facsimile:  (956) 618-8016
        E-mail: Megan.Eyes@usdoj.gov
        Attorney in charge for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019, a copy of the foregoing has been electronically filed with the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

By:   *s/ Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney